# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | BABUBHAI RATHOD | Mag. Judge: | Hugh W. Brenneman, Jr. |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:12-CR-17 (JTN) | Jan. 24, 2012 | 1:35 - 2:04 pm | Grand Rapids | |

**APPEARANCES:**

| Government: Ray Beckering | Defendant: Appeared w/out counsel (will retain) | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Count 1 | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance <br> __ Arraignment: <br>   __ mute   __ nolo contendre <br>   __ not guilty   __ guilty <br> __ Initial Pretrial Conference <br> __ Detention   (waived __) <br> __ Preliminary   (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of _____ <br> __ Consent to Mag. Judge for _____ <br> __ Other: _____ <br> _____ <br> _____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> __ Order Appointing Counsel <br> __ Other: _____ | Guilty Plea to Count(s) _____ of the _____ <br> Count(s) to be dismissed at sentencing: _____ <br> Presentence Report: <br>   __ Ordered   __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:   __Yes  __No <br> Defendant informed of right to appeal:   __Yes  __No <br> Counsel informed of obligation to file appeal:  __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 5,000.00   Unsecured |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Arraignment/IPTC |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** L. Alley |