UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BABUBHAI RATHOD,
RAJESH MAKWANA,
RAJU NAKUM,
SANDEEPKUMAR KANTILAL PATEL,
LINO S. DIAL, JR.,
NATALIE SCHUTTE,
ANDRE BLAIR SMITH,
CLINTON JAMES CORNELL and
JOHN ERIC ROBERTS,

    Defendants.
_____/

Case No. 1:12-cr-17

HON. JANET T. NEFF

## ORDER

Pending before the Court is Defendant Cornell's Unopposed Motion to Extend Motion Due Dates (Dkt 173) seeking a thirty (30) to sixty (60) day extension of the motion deadlines. Co-Defendants concur with this request (Dkts 175, 178, 179, 180, 181, 182, 183, 187). Also pending before the Court is Defendant Rathod's Motion for Discovery and Additional Time for Filing Motions (Dkt 184) seeking discovery of the details of how agents obtained documents, and requesting an extension of time for filing a motion. The government has filed a Brief Addressing Defendants' Motion to Extend the Deadline to File Substantive Motions and for Discovery Relating to the Production of Documents by Cooperating Witnesses (Dkt 188).

The Court, having reviewed the motions and the government's brief, finds that the motions will be granted in part and denied in part. Specifically, with regard to Defendant Cornell's

Unopposed Motion to Extend Motion Due Dates (Dkt 173) the Court will grant a thirty (30) day extension of the deadline for filing pretrial motions.  The deadline for filing motions in limine will remain the same.  With regard to Defendant Rathod's Motion for Discovery and Additional Time for Filing Motions (Dkt 184), the Court will deny without prejudice the discovery request to the extent that the discovery requested has either been provided or will be provided within the time frames set forth by the government (Dkt 188).  The Court will grant the request to extend the time to file further motions.  Therefore,

**IT IS HEREBY ORDERED** that Defendant Cornell's Unopposed Motion to Extend Motion Due Dates (Dkt 173) is GRANTED IN PART AND DENIED IN PART.  All pretrial motions shall be filed by September 24, 2012.  All motions in limine shall be filed by October 19, 2012.

**IT IS FURTHER ORDERED** that Defendant Rathod's Motion for Discovery and Additional Time for Filing Motions (Dkt 184) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that to the extent the government references a joint request for appointment of a special master (Dkt 188 at 7), the Court will require a formal motion substantiating the request.

Dated: August 23, 2012                              /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge