UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**United States of America**,

      Plaintiff,                   Case No. 1:12-cr-17
                                           **Hon. JANET T. NEFF**
vs.                                           U.S. District Judge

**D-01 – BABUBHAI RATHOD**       **Hon. HUGH BRENNEMAN**
                                                U.S. Magistrate Judge

      Defendant.

---

### NOTICE OF JOINDER IN 2 CO-DEFENDANTS'
### MOTION TO SUPPORESS AND FOR A HEARING

---

      **NOW COMES** Defendant **Babubhai Rathod**, by and through his Counsel, James W. Burdick, and moves to join Co-Defendants Cornell and Makwana Joint Motion to Suppress and for a Hearing (Dkt. No. 190), as well as their Brief in Support (Dkt. No. 191), concurring in their motion and the relief sought therein.

      Respectfully Submitted by:

                                  **BURDICK LAW, P.C.**

                                    /s/ James W. Burdick
                              **JAMES W. BURDICK (P-11397)**
                              Attorney for Defendant
                              1760 South Telegraph Road, Suite 300
                              Bloomfield Hills, Michigan 48302-0183
                              Ph: (248) 335-5000; Fax: (248) 253-9620
                              jwb@jwburdicklaw.com

Dated: September 27, 2012

## CERTIFICATE OF SERVICE

I hereby certify that, on September 27, 2012, I electronically filed the foregoing **Notice of Joinder in Co-Defendants' Motion & Brief** with the Clerk of the Court, United States District Court for the Western District of Michigan, using the ECF system, which will send notification of such filing to the following:

AUSA Raymond Beckering, at ray.beckering@usdoj.gov

AUSA Adam Townshend, at adam.townshend@usdoj.gov

as well as to any other counsel of record.

Respectfully submitted,

**Burdick Law, P.C.**

   /s/James W. Burdick
**JAMES W. BURDICK (P-11397)**
Attorney for Defendant
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@jwburdicklaw.com

Dated: September 27, 2012

c:\data files\w.p. docs\02) rathod, bob - 2012\01) joinder notice mtn supp - 27sept12.docx