UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BABUBHAI RATHOD,
RAJESH MAKWANA,
RAJU NAKUM,
LINO S. DIAL, JR. and
CLINTON JAMES CORNELL,

        Defendants.
_____/

Case No. 1:12-cr-17

HON. JANET T. NEFF

## ORDER

Pending before the Court are Defendants Rajesh Makwana and Clinton James Cornell's Joint Motion to Suppress (Dkt 190), Defendant Raju Nakum's Notice of Joinder and Concurrence (Dkt 192), Defendant Lino S. Dial, Jr.'s Motion for Joinder (Dkt 193), and Defendant Babubhai Rathod's Notice of Joinder (Dkt 194). The Court, having reviewed the pleadings, will require the government to file a Response to Defendants Rajesh Makwana and Clinton James Cornell's Joint Motion to Suppress (Dkt 190). Furthermore, the Court will deny Defendant Raju Nakum's Notice of Joinder and Concurrence (Dkt 192), Defendant Lino S. Dial, Jr.'s Motion for Joinder (Dkt 193), and Defendant Babubhai Rathod's Notice of Joinder (Dkt 194) for the reason that they are untimely and fail to state how their interests are coincident with Defendants Makwana and Cornell. Therefore,

**IT IS HEREBY ORDERED** that the government shall, no later than October 23, 2012, file a Response to Defendants Makwana and Cornell's motion (Dkt 190).

**IT IS FURTHER ORDERED** that a motion hearing, as to Defendants Makwana and

Cornell only, shall be held on **November 5, 2012 at 9:00 a.m.**, at the United States District Court, 110 Michigan St., N.W., Suite 401, Grand Rapids, Michigan.

      **IT IS FURTHER ORDERED** that Defendant Raju Nakum's Notice of Joinder and Concurrence (Dkt 192), Defendant Lino S. Dial, Jr.'s Motion for Joinder (Dkt 193), and Defendant Babubhai Rathod's Notice of Joinder (Dkt 194) are DENIED.

Date: September 28, 2012                    /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      UNITED STATES DISTRICT JUDGE