

# CAPITAL UROLOGICAL ASSOCIATES
*Dr. Eric Stockall*
2090 Jolly Road, Suite 150, Okemos, MI  48864
(517) 349-3900   (517) 349-3704 fax  www.cuassoc.com

October 24, 2013

To Whom It May Concern:

Babubhai B Rathod is under my care.  Babubhai was seen in our office on 10/4, 10/17, and 10/21 for his follow up visits after surgery.  Mr. Rathod's recovery is taking longer than expected.  His scrotal area is still painful and sensitive, and he has a hard time wearing undergarments at this time. Expected healing time is 3-4 more weeks. He is also scheduled for required follow up surgery on 10/25/13 to control infection and sensitivity in the area.  He will recover in three to four weeks post surgery.  If you have any questions or concerns, please feel free to contact our office.  Patient has the following restrictions for work activity:

Restrictions: No heavy lifting >15lbs for a total of 6 weeks from today.

Sincerely,

*Eric Stockall*

Eric Stockall, MD