UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 1:12-cr-17

v.                                                        HON. JANET T. NEFF

BABUBHAI RATHOD,

    Defendant.
_____/

## **ORDER**

Pending before the Court is Defendant's Emergency Motion to Extend Date to Report to Bureau of Prisons (Dkt 495) seeking to extend the time, until January 6, 2014, for Defendant to report to the Bureau of Prisons.  According to the motion, the government does not agree to the relief requested.  After the Court's careful consideration,

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion to Extend Date to Report to Bureau of Prisons (Dkt 495) is DENIED.

Dated: December 9, 2013                                 /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge