UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:12–cr–00017–JTN

v.                                    Hon. Janet T. Neff

BABUBHAI RATHOD,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Preliminary Revocation Hearing<br>Detention Hearing |
| Date/Time: | May 22, 2018   09:30 AM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated:  May 17, 2018        By:  /s/ Jessica K. Wright
                                                    Judicial Assistant