UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:12–cr–00017–JTN

    v.                                  Hon. Janet T. Neff

BABUBHAI RATHOD,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Revocation Supv Rls– Final Hrg
Date/Time:   August 1, 2018   09:00 AM
Judge:   Janet T. Neff
Place/Location:   401 Federal Building, Grand Rapids, MI

                                      JANET T. NEFF
                                      United States District Judge

Dated:  May 31, 2018       By:   /s/ Rick M. Wolters
                                      Case Manager