UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:12-cr-17-1

    HON. JANET T. NEFF

BABUBHAI RATHOD,

    Defendant.
_____/

## ORDER

Pending before the Court is a Stipulation and Proposed Order for Substitution of Counsel (ECF No. 526), seeking to substitute Dodge & Dodge PC in place of Clark Hill PLC as counsel of record for Defendant. The stipulation fails to include the signature of Defendant or a signed statement from Defendant indicating whether or not he agrees to the substitution. For this reason, the stipulation and proposed order (ECF No. 526) is denied without prejudice to re-file with Defendant's manuscript signature or a signed statement from Defendant. Therefore,

**IT IS HEREBY ORDERED** that the Stipulation and Proposed Order for Substitution of Counsel (ECF No. 526) is DENIED without prejudice.


Dated: June 19, 2018                                            /s/ Janet T. Neff
                                                                          JANET T. NEFF
                                                                          United States District Judge