UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BABUBHAI RATHOD,

    Defendant.

Case No. 1:12-cr-17-1

HON. JANET T. NEFF

| | |
|---|---|
| Adam B. Townshend (P80918)<br>Raymond E. Beckering (P45800)<br>Assistant U.S. Attorneys<br>The Law Building – Fifth Floor<br>330 Ionia Avenue N.W.<br>Grand Rapids, MI 49503<br>(616) 808-2130<br>adam.townshend@usdoj.gov<br>(616) 456-2404<br>ray.beckering@usdoj.gov | Martin E. Crandall (P26824)<br>Clark Hill PLC<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8413<br>mcrandall@clarkhill.com |

## STIPULATION AND ORDER
## FOR SUBSTITUTION OF COUNSEL

    IT IS HEREBY STIPULATED AND AGREED that David A. Dodge shall be substituted for Martin E. Crandall as retained counsel for Defendant Babubhai Rathod.

    The Government has no objection to this substitution.

    Defendant has no objection to this substitution.

219826090.1 94595/333780

/s/ David A. Dodge (with consent)
David A. Dodge (P22906)
Dodge & Dodge PC
40 Pearl Street N.W., Suite 845
Grand Rapids, MI 49503-3031
(616) 459-3850
dodgepc@dodgepc.com

Dated: June 18, 2018

/s/ Martin E. Crandall
Martin E. Crandall (P26824)
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8300
mcrandall@clarkhill.com

Dated: June 18, 2018

_____
Babubhai Rathod

Dated: June 20, 2018

IT IS SO ORDERED.

Dated:  June 20, 2018

_____/s/ Janet T. Neff_____
United States District Court Judge

2