IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

vs.

BABUBHAI RATHOD,

        Defendant

Case No. 1:12-CR-00017

Hon. Janet T. Neff
United States District Judge

----------------------------------------------/

## MOTION TO REVIEW DETENTION
## DECISION OF MAGISTRATE JUDGE

NOW COMES the defendant by and through his attorney, Dodge & Dodge, P.C., and, pursuant to 18 U.S.C. 3143(a)(1) and FRCrP 32.1, respectfully moves this Honorable Court to review the Magistrate Judge's decision to detain the defendant pending his final revocation hearing, now scheduled for August 1, 2018. The reasons which support this Motion are set forth in the attached Memorandum in Support.

Grand Rapids, MI
July 2, 2018

Respectfully submitted,

  /s/ David A. Dodge
David A. Dodge (P22906)
Dodge & Dodge, P.C.
The Trust Building, Suite 845
40 Pearl Street NW
Grand Rapids, MI 49503
(616) 459-3850