UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BABUBHAI RATHOD,

    Defendant.
_____/

Case No. 1:12-cr-17-1

HON. JANET T. NEFF

## ORDER

Pending before the Court is Defendant's Motion to Review Detention Decision of Magistrate Judge (ECF No. 534). The Court will require the government to file an expedited response, in light of the August 1, 2018 hearing. Therefore,

**IT IS HEREBY ORDERED** that the government shall, not later than July 6, 2018, file its response to Defendant's motion (ECF No. 534).

Dated: July 2, 2018

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge