

**+1 (517) 388-6464**
last seen May 27, 2018

BLOCK | ADD

MAY 16, 2018

🔒 Messages to this chat and calls are now secured with end-to-end encryption. Tap for more info.

For safety i am using this phone   12:46 PM

FYI   12:46 PM

Please call   2:47 PM

Did not get email   10:10 PM

Send here   10:10 PM

Or at
ams4000@yahoo.com   10:10 PM

Just sent.   10:11 PM ✓✓

I see errors
Not sure we Should send this   10:42 PM

I need that loan agreement too   10:43 PM

Please help as I M worried too much
10:43 PM

Please call for second   10:48 PM

I sent soft copy.  I am at dinner but will call when I am back in car   10:49 PM



**+1 (517) 388-6464**
last seen May 27, 2018

> Please call for second  10:48 PM

>> I sent soft copy. I am at dinner but will call when I am back in car  10:49 PM

> Only need help in price  10:49 PM

> He is waiting  10:49 PM

>> It's way to loud.  10:49 PM

> Can you type here ??  10:50 PM

>> Yes.  10:53 PM

>> But I will be done in 20 mins at most  10:53 PM

> Ok  10:54 PM

> Will wait for your call  11:04 PM

> Make sure do not sleep  11:50 PM

>> Working on 8t  11:53 PM

>> It  11:53 PM

> Thanks  11:53 PM

> I sent u email  11:54 PM

>> Received ir  11:54 PM

MAY 17, 2018