Rathod, Babubhai B.

# Haslett Redi Care
### Bosworth Urgent Care

12/7/13

To Whom It may Concern:

Babubhai B. Rathod is under my care. Mr. Rathod fell down and injured both feet. He has five stitches on the bottom of his right foot. I will remove his stitches in 10-14 days. It will take 2-4 weeks to fully recover. His restrictions include limited weight bearing for five days.

If you should have any questions, please feel free to contact me.

Sincerely,

*[signature]*

Quinn Bosworth, D.O.

www.haslett-redicare.com
517-339-2100 • 1623 Haslett Road • Haslett, MI 48840

Printer on 12/9/2013 by Shilling, Kiley

Page 1 of 1

# Haslett Redi Care
## Bosworth Urgent Care

12/7/13

To Whom It May Concern:

Babubhai B. Rathod is under my care. Mr. Rathod fell down and injured his both feet and he was seen in our office on 12/7/13 evening. Due to his injury he has five stitches on the bottom of his right foot. I will remove his stitches in 10-14 days. If he will not faces any complication he should recover in 2-4 weeks. His restrictions include limited (as tolerated) weight bearing.

If you should have any question, please feel free to contact me.

Sincerely,

Quinn Bosworth, D.O.