UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

                                                         Case No. 1:12-cr-17-1

v.

                                                         HON. JANET T. NEFF

BABUBHAI RATHOD,

     Defendant.

_____/


**ORDER**

Pending before the Court is Defendant's Motion to Review Detention Decision of Magistrate Judge (ECF No. 534). The government filed a Response opposing the motion (ECF No. 540). For the reasons set forth in the government's brief, the motion is denied. Accordingly:

**IT IS HEREBY ORDERED** that the Motion to Review Detention Decision of Magistrate Judge (ECF No. 534) is DENIED.


Dated:  July 10, 2018                                    /s/ Janet T. Neff
                                                 JANET T. NEFF
                                                 United States District Judge