UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:12–cr–00017–JTN

v.                                 Hon. Janet T. Neff

BABUBHAI RATHOD,

       Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

      The final hearing regarding revocation of supervised release set in this matter for **August 1, 2018** is hereby **adjourned without date.**

                                         JANET T. NEFF
                                         United States District Judge

Dated:  July 25, 2018        By:     /s/ Rick M. Wolters
                                                Case Manager